# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ALONZO M., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, <br><br> Defendant. | Case No. CV 20-08592-AB-JEM <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and Defendant has filed a Reply to the Objections. The Court has reviewed <u>de novo</u> those portions of the Report and Recommendation to which Plaintiff has objected. The Objections are overruled, and the Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Judgment shall be entered AFFIRMING the Commissioner's decision to deny Social Security Disability Insurance benefits to Plaintiff and DISMISSING this action with prejudice.

DATED: June 7, 2022

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE